UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CR. NO. 4:23-CR-00178
:
v. : (Judge Arbuckle)
:
**COLLEN BRUNGARD**, : (electronically filed)
Defendant. :

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
18 U.S.C. § 701
(Possessing/Making Unauthorized
Identification Card and Insignia)

In or about September 2021 to in or about November 2021, in Northumberland County, within the Middle District of Pennsylvania, and elsewhere, the defendant

**COLLEN BRUNGARD,**

without authorization under regulations made pursuant to law, did knowingly possess and make prints and impressions in the likeness of an identification card and insignia prescribed by the head of a department and agency of the United States for use by any employee

1

thereof, specifically fraudulent COVID-19 Vaccination Record Cards, purportedly issued by the United States Department of Health and Human Services, Center for Disease Control to record medical information about vaccines purportedly received, and bearing the insignia of that department and agency of the United States.

All in violation of Title 18, United States Code, Section 701.

GERARD M. KARAM
United States Attorney

BY: *[signature]*
ALISAN V. MARTIN
Assistant United States Attorney

Date: 6/28/2023